Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−11806−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kyu Hwan Hwang
   2 Timber Road
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−8267

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/5/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 5, 2018
JAN: bwj

                                        Jeanne Naughton
                                        Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 18-11806-CMG
Kyu Hwan Hwang                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 1            Date Rcvd: Apr 05, 2018
                             Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db           +Kyu Hwan Hwang,    2 Timber Road,    East Brunswick, NJ 08816-2940
517330513    +Bank of New York Mellon,    Att: Aldridge Pite LLP,    4375 Jutland Dr Ste 200,    POB 17933,
               San Diego, CA 92177-7921
517304478     Bayview Loan Servicing, LLC,    P.O. Box 650091,    Dallas, TX 75265-0091
517304480    +KML Law Group,    701 Market St #5000,    Philadelphia, PA 19106-1541
517378748    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517403239     US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
517304482    +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
               Madison, WI 53704-3121
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2018 23:28:15      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2018 23:28:11      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517304479    +EDI: CAPITALONE.COM Apr 06 2018 03:04:00      Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517402507    +EDI: MID8.COM Apr 06 2018 03:03:00      Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011
517411640     E-mail/Text: bkdepartment@rtresolutions.com Apr 05 2018 23:28:25
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
517304481     EDI: TFSR.COM Apr 06 2018 03:03:00      Toyota Motor credit Corp,    Po Box 8026,
               Cedar Rapids, IA 52408
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2005-18) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2005-18) rsolarz@kmllawgroup.com
              Seung H. Shin    on behalf of Debtor Kyu Hwan Hwang shinjunglaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```